# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1022161**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
Detroit, MI 48226

August 4, 2009

For professional services rendered through
July 31, 2009 in connection with the following—

**Re:**   **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

---

FEES BILLED THIS INVOICE ........................................................   $ 1,072.00

COSTS BILLED THIS INVOICE ....................................................   $ 43.28

### PAYMENT OPTIONS:

**CHECK**   Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank  ABA#: 072000096
Swift Code:  MNBDUS33 (for international wires only)
Account #:  1840-09284-3

### MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1022161**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
Detroit, MI 48226

August 4, 2009

For professional services rendered through
July 31, 2009 in connection with the following—

**Re:**   **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 07/09/09 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding default. Review of notes and screen payoffs. Preparation of default/demand letter. Conference with S. Roach. | 1.50 |
| 07/10/09 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding default/demand letter. Finalize same. Email correspondence. | 0.30 |
| 07/27/09 | *Michael Peterman*<br>Email correspondence regarding demand letter. Conference with S. Roach. Preparation of same. | 1.20 |
| 07/28/09 | *Michael Peterman*<br>Finalize demand letter. Email correspondence. | 0.20 |

August 4, 2009                                                     **Invoice # 1022161**

## COSTS

| | |
|---|---|
| **Copying** | 0.40 |

**Delivery services/messengers**

| | |
|---|---|
| VENDOR: Federal Express Corporation INVOICE#: 928580128 DATE: 8/4/2009 <br> INV: 928580128 Shipment Date: 20090728 Sender: Michael Peterman, Ship to: Ronald J Berman, INFORMATION NOT SUPPLIED, 3900 FISCAL CT, WEST PALM BEACH, FL 33404 | 25.21 |
| VENDOR: Federal Express Corporation INVOICE#: 928580128 DATE: 8/4/2009 <br> INV: 928580128 Shipment Date: 20090728 Sender: Michael Peterman, Ship to: Ronald J Berman, INFORMATION NOT SUPPLIED, 609 S Beach Rd, TEQUESTA, FL 33469 | 17.67 |

**COSTS DUE THIS MATTER**............................................. **$ 43.28**

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Peterman, Michael B. | 3.20 | 335.00 | 1,072.00 |
| Totals | 3.20 Hrs. | | $ 1,072.00 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1026070**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue                                          September 2, 2009
MC 3391
Detroit, MI  48226-3214

For professional services rendered through
August 31, 2009 in connection with the following—

**Re:**     **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

---

FEES BILLED THIS INVOICE ....................................................... $ 4,953.50

COSTS BILLED THIS INVOICE .................................................... $ 0.00

**PAYMENT OPTIONS:**

**CHECK**          Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank  ABA#: 072000096
Swift Code:  MNBDUS33 (for international wires only)
Account #:  1840-09284-3

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1026070**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

September 2, 2009

For professional services rendered through
August 31, 2009 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 03/10/09 | *Michael Peterman*<br>Email correspondence regarding mortgage. Telephone conference with S. Meehan. Preparation of mortgage. Preparation of note amendment. | 1.20 |
| 03/12/09 | *Tamra Christen*<br>Ordered flood determination. | 0.20 |
| 03/16/09 | *Michael Peterman*<br>Telephone conference with S. Meehan regarding extension. Review of blue sheet. Finalize amendment and consistency letter. | 0.50 |
| 04/28/09 | *Michael Peterman*<br>Telephone conference with S. Meehan regarding extension. Email correspondence. Review of existing note and amendment. Preparation of replacement note. Email correspondence. | 1.00 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

September 2, 2009

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 04/29/09 | *Michael Peterman*<br>Review of extension approval and email. Finalize agenda and consistency letter. | 0.20 |
| 05/20/09 | *Michael Peterman*<br>Review of recap. Begin working on consolidation documents. Telephone conference with Title company. Email correspondence. Research regarding flood insurance. | 3.00 |
| 05/21/09 | *Michael Peterman*<br>Finalize loan consolidation/extension documents. Email correspondence. | 0.20 |
| 05/22/09 | *Michael Peterman*<br>Email correspondence regarding title update. Finalize documents. Email correspondence. | 0.40 |
| 08/05/09 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding forbearance. Begin work on same. | 0.50 |
| 08/06/09 | *Michael Peterman*<br>Email correspondence regarding forbearance terms and approval. Work on forbearance documents. | 2.50 |
| 08/11/09 | *Michael Peterman*<br>Email correspondence regarding forbearance. Finalize initial draft. | 0.50 |
| 08/12/09 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding forbearance agreement. Revise same. Email correspondence. | 0.40 |
| 08/26/09 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding lack of response from Berman. Conference with S. Roach. Email correspondence regarding lawsuit. | 0.60 |
| 08/26/09 | *Steven Roach*<br>Telephone conference with Ms. Vogel.  Conference with Mr. Peterman.  Attention to filing suit against Mr. Berman. Attention to invading revocable trusts.  Review email from Mr. Berman. | 0.60 |
| 08/26/09 | *W Turnbull*<br>Review loan documents, demand notice, and correspondence regarding complaint to be filed in Florida courts. | 1.00 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

September 2, 2009

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 08/27/09 | *Michael Peterman*<br>Email correspondence regarding revisions to forbearance terms. Revise documents. Email correspondence. Telephone conference with L. Vogel. | 0.80 |
| 08/27/09 | *Steven Roach*<br>Email with Ms. Vogel. | 0.10 |
| 08/27/09 | *W Turnbull*<br>Draft complaint and correspondence regarding same. | 1.00 |

FEES DUE THIS MATTER ................................................. $ 4,953.50

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|-----------------|--------------|----------------|-----------------|
| Christen, Tamra I. | 0.20 | 140.00 | 28.00 |
| Peterman, Michael B. | 11.80 | 335.00 | 3,953.00 |
| Roach, Steven A. | 0.70 | 375.00 | 262.50 |
| Turnbull, W. Scott | 2.00 | 355.00 | 710.00 |
| Totals | 14.70 Hrs. | | $ 4,953.50 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1031147**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI  48226-3214

October 2, 2009

For professional services rendered through
September 30, 2009 in connection with the following—

**Re:**  **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

---

| | |
|---|---|
| FEES BILLED THIS INVOICE ....................................................... | $ 299.00 |
| COSTS BILLED THIS INVOICE .................................................... | $ 53.29 |

**PAYMENT OPTIONS:**

**CHECK**  Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**  Comerica Bank   ABA#: 072000096
Swift Code:  MNBDUS33 (for international wires only)
Account #:  1840-09284-3

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1031147**
when remitting payment.

October 2, 2009

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

For professional services rendered through
September 30, 2009 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 09/10/09 | *Michael Peterman*<br>Email correspondence regarding execution of forbearance documents. | 0.20 |
| 09/23/09 | *Michael Peterman*<br>Review of countersigned consent. Preparation of UCC. Telephone conference with L. Vogel. | 0.20 |
| 09/24/09 | *Tamra Christen*<br>Prepared UCC1 and sent to State of Florida for filing. | 0.70 |
| 09/24/09 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding booking of forbearance. Email correspondence regarding Turtle Creek. | 0.20 |

October 2, 2009                                                                    **Invoice # 1031147**

## COSTS

### Delivery services/messengers

VENDOR: Federal Express Corporation INVOICE#: 934855654          18.29
DATE: 9/29/2009
INV: 934855654 Shipment Date: 20090924 Sender: Tamra Christen,
Ship to: , FLORIDAUCC, Inc, 2670 W Executive Center Cir St,
TALLAHASSEE, FL 32301

### Other

PAYEE: FLORIDA UCC, Inc.; REQUEST#: 241591; DATE:                35.00
9/24/2009. - File UCC1

**COSTS DUE THIS MATTER**............................................. **$ 53.29**

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Christen, Tamra I. | 0.70 | 140.00 | 98.00 |
| Peterman, Michael B. | 0.60 | 335.00 | 201.00 |
| Totals | 1.30 | Hrs. | $ 299.00 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1034975**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

November 2, 2009

For professional services rendered through
October 31, 2009 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

FEES BILLED THIS INVOICE ........................................................ $ 134.00

COSTS BILLED THIS INVOICE ..................................................... $ 0.00

**PAYMENT OPTIONS:**

**CHECK**  Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**  Comerica Bank  ABA#: 072000096
Swift Code: MNBDUS33 (for international wires only)
Account #: 1840-09284-3

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1034975**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

November 2, 2009

For professional services rendered through
October 31, 2009 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 10/08/09 | *Michael Peterman*<br>Email correspondence regarding compliance with forbearance agreement. | 0.20 |
| 10/14/09 | *Michael Peterman*<br>Email correspondence regarding consent to Turtle Creek assignment. | 0.20 |

FEES DUE THIS MATTER ................................................. $ 134.00

## MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

November 2, 2009

**Invoice # 1034975**

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Peterman, Michael B. | 0.40 | 335.00 | 134.00 |
| Totals | 0.40 Hrs. | | $ 134.00 |

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1051929**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

March 2, 2010

For professional services rendered through
February 28, 2010 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

FEES BILLED THIS INVOICE ........................................................ $ 859.00

**PAYMENT OPTIONS:**

**CHECK**   Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank  ABA#: 072000096
Swift Code: MNBDUS33 (for international wires only)
Account #: 1840-09284-3

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1051929**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue                                          March 2, 2010
MC 3391
Detroit, MI 48226-3214

For professional services rendered through
February 28, 2010 in connection with the following—

**Re:**   **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 12/08/09 | *Michael Peterman*<br>Email correspondence regarding potential default under the forbearance agreement. | 0.20 |
| 12/09/09 | *Michael Peterman*<br>Email correspondence regarding collateral assignment acknowledgement. | 0.20 |
| 12/17/09 | *Michael Peterman*<br>Email correspondence regarding late payments. | 0.20 |
| 12/30/09 | *Michael Peterman*<br>Email correspondence regarding potential default. Correspondence to Berman regarding breaches of forbearance and potential termination. | 0.60 |
| 12/30/09 | *Steven Roach*<br>Telephone conference with Ms. Vogel. Attention to status. Emails with Mr. Peterman and Ms. Vogel. | 0.20 |

*Attorney-Client/Attorney Work Product Privileged*

March 2, 2010                                    **Invoice # 1051929**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 12/31/09 | *Michael Peterman* <br> Email correspondence regarding curing forbearance breaches. | 0.20 |
| 01/12/10 | *Michael Peterman* <br> Email correspondence regarding payments. Telephone conference with L. Vogel. | 0.30 |
| 01/28/10 | *Michael Peterman* <br> Email correspondence regarding monthly payment. | 0.20 |
| 02/08/10 | *Michael Peterman* <br> Email correspondence regarding lack of payment. | 0.20 |
| 02/16/10 | *Michael Peterman* <br> Email correspondence regarding default under forbearance. | 0.20 |

FEES DUE THIS MATTER ................................................... $ 859.00

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|-----------------|--------------|----------------|-----------------|
| Peterman, Michael B. | 1.40 | 335.00 | 469.00 |
| Peterman, Michael B. | 0.90 | 350.00 | 315.00 |
| Roach, Steven A. | 0.20 | 375.00 | 75.00 |
| Totals | 2.50 Hrs. | | $ 859.00 |

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1057344**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue                                      April 2, 2010
MC 3391
Detroit, MI 48226-3214

For professional services rendered through
March 31, 2010 in connection with the following—

**Re:     Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

FEES BILLED THIS INVOICE ........................................................     $ 1,830.00

**PAYMENT OPTIONS:**

**CHECK**          Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**  Comerica Bank   ABA#:  072000096
Swift Code:  MNBDUS33 (for international wires only)
Account #:  1840-09284-3

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1057344**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

April 2, 2010

For professional services rendered through
March 31, 2010 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 03/05/10 | *Steven Roach*<br>Telephone conference with Ms. Vogel. Review loan file and demand letter. Email to Mr. Rafkin. Conference call with Mr. Rafkin and Ms. Vogel. Telephone conference with Ms. Vogel. Email to Mr. Boutell.Email with Mr. Rafkin. | 1.10 |
| 03/08/10 | *Michael Peterman*<br>Email correspondence regarding waiver of defaults under forbearance. Conference with S. Roach. Conference with L. Vogel. | 0.50 |
| 03/08/10 | *Steven Roach*<br>Emails with Ms. Vogel and Mr. Rafkin. | 0.20 |
| 03/09/10 | *Michael Peterman*<br>Preparation of amendment to forbearance agreement. Telephone conference with L. Vogel. | 1.20 |
| 03/09/10 | *Steven Roach*<br>Review and revise forbearance agreement. Email with Ms. Vogel. | 0.30 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

April 2, 2010

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 03/15/10 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding comments to forbearance amendment. Revise same. Email correspondence. | 0.60 |
| 03/15/10 | *Steven Roach*<br>Telephone conference with Ms. Vogel. Emails with Mr. Rafkin. Email to Ms. Vogel. | 0.40 |
| 03/16/10 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding revised amendment. Email correspondence. | 0.20 |
| 03/23/10 | *Michael Peterman*<br>Email correspondence regarding signed amendment. Review of files. Conference with D. Kilbourne regarding stock certificates. | 0.30 |
| 03/24/10 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding stock assignment and medallion guaranty. Email correspondence. | 0.20 |

FEES DUE THIS MATTER .................................................. $ 1,830.00

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper<br>Name | Billed<br>Hours | | Matter<br>Rate | Preferred<br>Value |
|--------------------|-----------------|---|----------------|--------------------|
| Peterman, Michael B. | 3.00 | | 195.00 | 1,050.00 |
| Roach, Steven A. | 2.00 | | 195.00 | 780.00 |
| Totals | 5.00 | Hrs. | | $ 1,830.00 |

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1069120**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

July 6, 2010

For professional services rendered through
June 30, 2010 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

---

| | |
|---|---|
| FEES BILLED THIS INVOICE ........................................................ | $ 70.00 |
| COSTS BILLED THIS INVOICE .................................................... | $ 0.00 |

**PAYMENT OPTIONS:**

**CHECK**   Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank   ABA#: 072000096
Swift Code: MNBDUS33 (for international wires only)
Account #: 1840-09284-3

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1069120**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI  48226-3214

July 6, 2010

For professional services rendered through
June 30, 2010 in connection with the following—

**Re:**   **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 06/03/10 | *Michael Peterman*<br>Telephone conference with L. Vogel regarding application of proceeds. | 0.20 |

FEES DUE THIS MATTER ................................................. $ 70.00

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Peterman, Michael B. | 0.20 | 350.00 | 70.00 |
| Totals | 0.20 | Hrs. | $ 70.00 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1074618**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

August 3, 2010

For professional services rendered through
July 31, 2010 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

| | |
|---|---|
| FEES BILLED THIS INVOICE ........................................................ | $ 2,612.50 |
| COSTS BILLED THIS INVOICE .................................................... | $ 0.70 |

**PAYMENT OPTIONS:**

**CHECK** Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348 Detroit, MI 48264-0348

**WIRE TRANSFER** Comerica Bank ABA#: 072000096
Swift Code: MNBDUS33 (for international wires only)
Account #: 1840-09284-3

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1074618**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue                                         August 3, 2010
MC 3391
Detroit, MI  48226-3214

For professional services rendered through
July 31, 2010 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 07/12/10 | *Michael Peterman*<br>Email correspondence regarding late payments. | 0.20 |
| 07/12/10 | *Steven Roach*<br>Email with Ms. Vogel. | 0.20 |
| 07/14/10 | *Michael Peterman*<br>Email correspondence regarding breach of forbearance and collateral. | 0.20 |
| 07/14/10 | *Steven Roach*<br>Conference with Ms. Vogel.  Emails to Mr. Boutell. | 0.40 |
| 07/15/10 | *Michael Peterman*<br>Email correspondence regarding default and demand letter. Conference with N. Ropke. | 0.20 |
| 07/15/10 | *Steven Roach*<br>Telephone conference with Ms. Vogel.  Email from Mr. Boutell.  Attention to demand letter and to filing suit. | 0.30 |

August 3, 2010                                                    **Invoice # 1074618**

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 07/15/10 | *Nelson Ropke*<br>Attention to reviewing file. Conference with Mr. Roach regarding same. Attention to drafting demand letter. E-mails to and from Ms. Vogel regarding same. | 1.30 |
| 07/16/10 | *Nelson Ropke*<br>Legal research regarding enforcement of stocks and LLC interests. E-mails to and from Ms. Vogel regarding same. Attention to drafting complaint. | 1.50 |
| 07/19/10 | *Steven Roach*<br>Attention to complaint. | 0.10 |
| 07/21/10 | *Steven Roach*<br>Emails with Mr. Ropke and Ms. Vogel. Review and revise complaint. Attention to turtle creek pledge and enforcement of same. | 0.50 |
| 07/21/10 | *Nelson Ropke*<br>Attention to drafting and revising complaint. E-mails and telephone call with Comerica Securities and Ms. Vogel regarding same and Turtle Creek. Review of operating agreement regarding same. | 2.30 |
| 07/22/10 | *Nelson Ropke*<br>E-mails to and from Ms. Vogel regarding complaint and Turtle Creek notice letter. | 0.40 |
| 07/23/10 | *Steven Roach*<br>Attention to Turtle Creek enforcement. | 0.20 |
| 07/23/10 | *Nelson Ropke*<br>Attention to drafting letter to Turtle Creek regarding assignment. Conference with Mr. Peterman regarding same and signatures to assignment. Attention to finalizing complaint and filing same. | 1.60 |

## COSTS

**Copying**                                                              0.70

**COSTS DUE THIS MATTER.............................................**  **$ 0.70**

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

August 3, 2010                                              **Invoice # 1074618**

FEES DUE THIS MATTER ................................................... $ 2,612.50

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Peterman, Michael B. | 0.60 | 350.00 | 210.00 |
| Roach, Steven A. | 1.70 | 390.00 | 663.00 |
| Ropke, Nelson O. | 7.10 | 245.00 | 1,739.50 |
| Totals | 9.40 Hrs. | | $ 2,612.50 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1078313**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

September 2, 2010

For professional services rendered through
August 31, 2010 in connection with the following—

**Re:**  **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:  Michael B Peterman

---

| | |
|---|---|
| FEES BILLED THIS INVOICE ....................................................... | $ 225.00 |
| COSTS BILLED THIS INVOICE ................................................... | $ 512.61 |

**PAYMENT OPTIONS:**

**CHECK**  Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**  Comerica Bank  ABA#: 072000096
Swift Code:  MNBDUS33 (for international wires only)
Account #:  1840-09284-3

*Attorney-Client/Attorney Work Product Privileged*

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

Please reference **Invoice #1078313**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

September 2, 2010

For professional services rendered through
August 31, 2010 in connection with the following—

**Re:**   **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 08/02/10 | *Steven Roach*<br>Attention to litigation strategy. Email with Ms. Vogel. | 0.20 |
| 08/05/10 | *Nelson Ropke*<br>Conference with Ms. Litzau regarding status of service. E-mails to and from Ms. Vogel regarding same. | 0.30 |
| 08/23/10 | *Nelson Ropke*<br>E-mails and telephone call with process server regarding service and alternative addresses. | 0.30 |

## COSTS

**Delivery services/messengers**

VENDOR: Federal Express Corporation INVOICE#: 718692917
DATE: 8/10/2010
INV: 718692917 Shipment Date: 20100802 Sender: Nelson Ropke,
Ship to: APS 2040 201, Attn   National Dept, 7800 Glenroy Rd,
MINNEAPOLIS, MN 55439

17.61

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

September 2, 2010                                      **Invoice # 1078313**

### Fees

VENDOR: National City Bank/for VISA Credit Card; INVOICE#:          350.00
080410JONAS; DATE: 8/4/2010

### Litigation support vendors

PAYEE: APS International, Ltd.; REQUEST#: 267023; DATE:          145.00
8/2/2010. - Fee for service of summons and compliant


**COSTS DUE THIS MATTER............................................**     **$ 512.61**


FEES DUE THIS MATTER   ............................................     $ 225.00


## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Roach, Steven A. | 0.20 | 390.00 | 78.00 |
| Ropke, Nelson O. | 0.60 | 245.00 | 147.00 |
| Totals | 0.80 Hrs. | | $ 225.00 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1082120**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI  48226-3214

October 4, 2010

For professional services rendered through
September 30, 2010 in connection with the following—

**Re:**   **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

---

| | |
|---|---|
| FEES BILLED THIS INVOICE ........................................................ | $ 2,419.00 |
| COSTS BILLED THIS INVOICE ..................................................... | $ 307.49 |

**PAYMENT OPTIONS:**

| | |
|---|---|
| **CHECK** | Payable To:  Miller, Canfield, Paddock and Stone<br>P. O. Drawer 640348  Detroit, MI 48264-0348 |
| **WIRE TRANSFER** | Comerica Bank  ABA#: 072000096<br>Swift Code:  MNBDUS33 (for international wires only)<br>Account #:  1840-09284-3 |

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1082120**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

October 4, 2010

For professional services rendered through
September 30, 2010 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 09/01/10 | *Nelson Ropke*<br>Review of affidavits of process servers. | 0.40 |
| 09/08/10 | *Christopher Mykytiak*<br>Office conference with N. Ropke regarding the drafting of the motion and brief; Researched our files to find similar motions and briefs; Prepared drafts of a motion for alternative service and a brief in support thereof, as well as an attached order granting the motion. | 3.90 |
| 09/08/10 | *Michael Peterman*<br>Email correspondence regarding foreclosure action and discharge of previous mortgage. Telephone conference with L. Vogel. Review of files. | 0.40 |
| 09/08/10 | *Nelson Ropke*<br>Conference with Mr. Mykytaik regarding motion for alternative service. | 0.40 |

*Attorney-Client/Attorney Work Product Privileged*

October 4, 2010                                      **Invoice # 1082120**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 09/09/10 | *Nelson Ropke*<br>Review of motion for alternative service. Telephone call with process server regarding same. | 0.30 |
| 09/10/10 | *Nelson Ropke*<br>Attention to revising motion for alternative service. | 0.40 |
| 09/15/10 | *Nelson Ropke*<br>Attention to revising and filing Motion for Alternative Service. | 0.30 |
| 09/20/10 | *Nelson Ropke*<br>Conference with Mr. Mykytaik regarding motion for summary disposition and motion to sell stock. | 0.70 |
| 09/22/10 | *Christopher Mykytiak*<br>Prepared drafts of the Motion for Summary Judgment and the Brief in Support. | 2.30 |
| 09/27/10 | *Christopher Mykytiak*<br>Reviewed the UCC Article 9 for information on medallion guarantees; Reviewed the SEC website for medallion guarantee information; Began preparing draft of the Motion for an Order to Sell Stock. | 2.10 |
| 09/28/10 | *Christopher Mykytiak*<br>Continued preparing the draft of the Motion for Order to Sell Stock and Brief in Support; Researched Michigan UCC Article 9 provisions related to perfection of security interest in Stock; Office conference with D. Kilbourne regarding perfection of Stock. | 1.80 |

## COSTS

| | | |
|---|---|---|
| **Copying** | | 27.50 |
| **Delivery services/messengers** | | |
| | VENDOR: Federal Express Corporation INVOICE#: 724155613 DATE: 9/28/2010<br>INV: 724155613 Shipment Date: 20100924 Sender: Nelson Ropke, Ship to: APS 2040 201, Attn  National Dept, 7800 Glenroy Rd, MINNEAPOLIS, MN 55439 | 29.99 |
| **Litigation support vendors** | | |
| | PAYEE: APS International, Ltd.; REQUEST#: 271262; DATE: 9/24/2010.  - Posting of summons and complaint | 125.00 |

October 4, 2010                                                    **Invoice # 1082120**

**Other**

VENDOR: Civil Action Group, Ltd; INVOICE#: 105916-0001; DATE:     125.00
9/7/2010  -  Priority (unlisted)

**COSTS DUE THIS MATTER**............................................     **$ 307.49**

FEES DUE THIS MATTER .................................................     $ 2,419.00

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Mykytiak, Christopher R | 10.10 | 165.00 | 1,666.50 |
| Peterman, Michael B. | 0.40 | 350.00 | 140.00 |
| Ropke, Nelson O. | 2.50 | 245.00 | 612.50 |
| Totals | 13.00 Hrs. | | $ 2,419.00 |

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1087351**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

November 1, 2010

For professional services rendered through
October 31, 2010 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

FEES BILLED THIS INVOICE ........................................................   $ 2,392.50

COSTS BILLED THIS INVOICE ....................................................   $ 275.90

**PAYMENT OPTIONS:**

**CHECK**   Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank  ABA#: 072000096
Swift Code:  MNBDUS33 (for international wires only)
Account #:  1840-09284-3

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1087351**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

November 1, 2010

For professional services rendered through
October 31, 2010 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:  Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 10/04/10 | *Christopher Mykytiak* <br> Office conference with D. Kilbourne regarding Bank's security interest in the APNT Stock; Conference with N. Ropke, telephone call to L. Vogel; Updated draft of Brief in Support of Order for a Motion to Sell Stock. | 1.00 |
| 10/04/10 | *Nelson Ropke* <br> Conference with Mr. Mykytaik regarding medallion guaranty and motion to sell property.  Telephone call with Ms. Vogel regarding same. | 0.50 |
| 10/05/10 | *Christopher Mykytiak* <br> Finished preparing first draft of the Brief in Support of Bank's Motion for Order to Sell Stock; Revised L. Vogel Affidavit. | 2.50 |
| 10/05/10 | *Nelson Ropke* <br> Conference with Mr. Mykytaik regarding motion for sale of stock.  Telephone call with Ms. Vogel regarding same. | 0.60 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

November 1, 2010

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 10/06/10 | *Nelson Ropke* <br> Attention to revising motion for summary disposition and motion to sell stock. | 0.60 |
| 10/11/10 | *Nelson Ropke* <br> Review and revisions to Motion and Brief to Sell Stock, Motion and Brief for Summary Disposition and Affidavit of Ms. Vogel. | 0.60 |
| 10/12/10 | *Nelson Ropke* <br> Attention to reviewing answer. Conference with Mr. Mykytaik regarding summary judgment and affidavit. | 0.40 |
| 10/14/10 | *Christopher Mykytiak* <br> Reviewed Defendant's Answer to Complaint and Affirmative Defenses; Revised Bank's Motions and Briefs for Summary Judgment and Order to Sell Stock. | 2.40 |
| 10/18/10 | *Nelson Ropke* <br> Conference with Mr. Mykytaik regarding motions and filing. | 0.30 |
| 10/19/10 | *Christopher Mykytiak* <br> Email to L. Vogel requesting current debt figures; Office conference with N. Ropke regarding updating the pleadings; Revised the pleadings and L. Vogel Affidavit; Gathered the exhibits for the briefs in support of Bank's motions; Email to L. Vogel regarding the execution of her affidavit. | 2.30 |
| 10/21/10 | *Christopher Mykytiak* <br> Ordered pick up of L. Vogel Affidavit; Reviewed executed copy of aforementioned document; Added aforementioned document as exhibits to the Briefs in Support of Summary Judgment and Order to Sell Stock. | 0.40 |
| 10/22/10 | *Christopher Mykytiak* <br> Telephone discussion with Mr. Wolkind at Berman Law regarding concurrence with our motions; Email to Mr. Wolkind the same request. | 0.40 |
| 10/25/10 | *Christopher Mykytiak* <br> Office conference with N. Ropke; telephone call to T. Berman; Prepared motions and briefs for filing. | 0.30 |
| 10/25/10 | *Nelson Ropke* <br> Conference with Mr. Mykytaik regarding motions and concurrence. | 0.30 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

November 1, 2010

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 10/26/10 | *Christopher Mykytiak*<br>Telephone discussion with T. Berman; Emailed T. Berman copies of filed motions and briefs. | 0.30 |

## COSTS

| | | |
|---|---|---|
| **Copying** | | 0.90 |
| **Other** | | |
| | VENDOR: Civil Action Group, Ltd; INVOICE#: 105916-0002; DATE: 10/4/2010 - Ronald J. Berman; Location: Tequesta, FL; priority | 125.00 |
| | VENDOR: Civil Action Group, Ltd; INVOICE#: 106827-0001; DATE: 10/12/2010 - Ronald Berman; Riviera Beach, FL | 25.00 |
| | VENDOR: Civil Action Group, Ltd; INVOICE#: 106827-0003; DATE: 10/12/2010 - Ronald Berman, Tequesta, FL | 125.00 |

**COSTS DUE THIS MATTER**............................................. **$ 275.90**

FEES DUE THIS MATTER ................................................. $ 2,392.50

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper<br>Name | Billed<br>Hours | Preferred<br>Rate | Preferred<br>Value |
|--------------------|-----------------|-------------------|--------------------|
| Mykytiak, Christopher R | 9.60 | 165.00 | 1,584.00 |
| Ropke, Nelson O. | 3.30 | 245.00 | 808.50 |
| Totals | 12.90 | Hrs. | $ 2,392.50 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1091587**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI  48226-3214

December 1, 2010

For professional services rendered through
November 30, 2010 in connection with the following—

**Re:**   **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

---

FEES BILLED THIS INVOICE ........................................................   $ 435.50

COSTS BILLED THIS INVOICE ....................................................   $ 125.00

**PAYMENT OPTIONS:**

**CHECK**   Payable To:  Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank  ABA#: 072000096
Swift Code:  MNBDUS33 (for international wires only)
Account #:  1840-09284-3

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI  48226-3214

Please reference **Invoice #1091587**
when remitting payment.

December 1, 2010

For professional services rendered through
November 30, 2010 in connection with the following—

**Re:   Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 11/12/10 | *Nelson Ropke* <br> Telephone call with disgruntled employee regarding status of hidden assets. | 0.50 |
| 11/29/10 | *Nelson Ropke* <br> Review of Defendant's Motion to Stay . | 0.30 |
| 11/30/10 | *Steven Roach* <br> Review motion for stay.  Attention to modifying briefing schedule.  Email with Ms. Vogel on same. | 0.30 |
| 11/30/10 | *Nelson Ropke* <br> E-mails to and from Ms. Vogel and Mr. Roach regarding response to Motion to Stay.  Telephone call with court regarding same and adjournment of briefing schedule. | 0.50 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

## COSTS

**Other**

VENDOR: Civil Action Group, Ltd; INVOICE#: 02-NOV-2010; DATE: 11/2/2010  125.00

**COSTS DUE THIS MATTER............................................**   **$ 125.00**

FEES DUE THIS MATTER .................................................   $ 435.50

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Roach, Steven A. | 0.30 | 390.00 | 117.00 |
| Ropke, Nelson O. | 1.30 | 245.00 | 318.50 |
| Totals | 1.60 | Hrs. | $ 435.50 |

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1096827**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI  48226-3214

January 5, 2011

For professional services rendered through
December 31, 2010 in connection with the following—

**Re:    Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

FEES BILLED THIS INVOICE ........................................................    $ 318.50

COSTS BILLED THIS INVOICE ....................................................    $ 126.52

### PAYMENT OPTIONS:

| | |
|---|---|
| **CHECK** | Payable To:  Miller, Canfield, Paddock and Stone<br>P. O. Drawer 640348  Detroit, MI 48264-0348 |
| **WIRE TRANSFER** | Comerica Bank  ABA#: 072000096<br>Swift Code:  MNBDUS33 (for international wires only)<br>Account #:  1840-09284-3 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1096827**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

January 5, 2011

For professional services rendered through
December 31, 2010 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 12/02/10 | *Nelson Ropke*<br>Telephone call with Mr. Berman regarding stipulation. Attention to drafting and revising stipulation to adjourn briefing dates. | 1.00 |
| 12/07/10 | *Nelson Ropke*<br>Attention to revising and filing Stipulation Adjourning Dates. | 0.30 |

## COSTS

**Online research**

VENDOR: National City Bank/for VISA Credit Card; INVOICE#: 120610HIGGERSON; DATE: 12/6/2010 - PACER usage from 7/1/10 to 9/30/10 — 1.52

**Other**

VENDOR: Civil Action Group, Ltd; INVOICE#: 106827-0002; DATE: 11/30/2010 — 125.00

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

January 5, 2011

Invoice # 1096827

## COSTS DUE THIS MATTER............................................. $ 126.52

FEES DUE THIS MATTER ................................................. $ 318.50

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Ropke, Nelson O. | 1.30 | 245.00 | 318.50 |
| Totals | 1.30 | Hrs. | $ 318.50 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1107902**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

April 1, 2011

For professional services rendered through
April 1, 2011 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney:   Michael B Peterman

---

FEES BILLED THIS INVOICE ....................................................... $ 1,298.50

COSTS BILLED THIS INVOICE .................................................... $ -123.40

**PAYMENT OPTIONS:**

| | |
|---|---|
| **CHECK** | Payable To:  Miller, Canfield, Paddock and Stone<br>P. O. Drawer 640348  Detroit, MI 48264-0348 |
| **WIRE TRANSFER** | Comerica Bank  ABA#: 072000096<br>Swift Code:  MNBDUS33 (for international wires only)<br>Account #:  1840-09284-3 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1107902**
when remitting payment.

Comerica Bank
One Detroit Center
500 Woodward Avenue
MC 3391
Detroit, MI 48226-3214

April 1, 2011

For professional services rendered through
April 1, 2011 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 01/19/11 | *Nelson Ropke* <br> Review of correspondence from Court regarding hearing date. Telephone call with Court regarding same. E-mails to and from Ms. Roach regarding same. | 0.30 |
| 02/02/11 | *Nelson Ropke* <br> Attention to reviewing responses to motions. Attention to preparing for drafting responses. | 1.00 |
| 02/03/11 | *Nelson Ropke* <br> Attention to drafting and revising reply briefs in support of summary disposition and to sell stock. | 2.60 |
| 02/04/11 | *Nelson Ropke* <br> Attention to revising reply briefs in support of summary disposition and to sell stock. Prepare same for filling. | 1.00 |

April 1, 2011                                    **Invoice # 1107902**

## COSTS

### Online research

| | |
|---|---:|
| VENDOR: National City Bank/for VISA Credit Card; INVOICE#: 020411HIGGERSON; DATE: 2/4/2011 - PACER usage from 10/1/10 to 12/31/10 | 0.96 |
| VENDOR: National City Bank/for VISA Credit Card; INVOICE#: 020411HIGGERSON; DATE: 2/4/2011 - PACER usage from 10/1/10 to 12/31/10 | 0.64 |

### Other

| | |
|---|---:|
| Cancellation of: VENDOR: Civil Action Group, Ltd; INVOICE#: 106827-0002; DATE: 11/30/2010 | -125.00 |

**COSTS DUE THIS MATTER............................................** **$ -123.40**

FEES DUE THIS MATTER ................................................. $ 1,298.50

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Ropke, Nelson O. | 0.30 | 265.00 | 79.50 |
| Ropke, Nelson O. | 4.60 | 265.00 | 1,219.00 |
| Totals | 4.90 | Hrs. | $ 1,298.50 |

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Comerica, Inc.
Jim Caputo
Comerica Special Assets
P.O. Box 75000
Detroit, MI 48275-3205

Please reference **Invoice #1116425**
when remitting payment.

June 2, 2011

For professional services rendered through
May 31, 2011 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

---

FEES BILLED THIS INVOICE........................................................... $ 1,696.00

COSTS BILLED THIS INVOICE........................................................ $ 0.00

**PAYMENT OPTIONS:**

**CHECK**          Payable To: Miller, Canfield, Paddock and Stone
               P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**  Comerica Bank  ABA#: 072000096
               Swift Code: MNBDUS33 (for international wires only)
               Account #: 1840-09284-3

## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1116425**
when remitting payment.

Comerica, Inc.
Jim Caputo
Comerica Special Assets
P.O. Box 75000
Detroit, MI 48275-3205

June 2, 2011

For professional services rendered through
May 31, 2011 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 05/03/11 | *Nelson Ropke*<br>E-mails to and from Ms. Roach regarding status of hearing and stock information. | 0.30 |
| 05/24/11 | *Nelson Ropke*<br>E-mails from and to attorney for Mr. Berman regarding hearing and adjournment. E-mails to and from Ms. Roach regarding same. | 0.40 |
| 05/25/11 | *Nelson Ropke*<br>Telephone call with Mr. Berman regarding adjournment. Attention to preparing for hearing on Motion for Summary Disposition and Motion to Approve Sale of Stock. Travel to and from Eastern District of Michigan and attend hearing regarding same. Attention to drafting order approving sale of stock. Telephone calls with Comerica Securities regarding same. | 3.00 |

# MILLER, CANFIELD, PADDOCK AND STONE

*Attorney-Client/Attorney Work Product Privileged*

June 2, 2011

**Invoice # 1116425**

| Date | Timekeeper/Description | Hours |
|------|------------------------|-------|
| 05/26/11 | *Nelson Ropke*<br>Attention to drafting and revising order approving sale of property and e-file same. Telephone calls with Comerica Securities regarding same and transfer agent. | 2.00 |
| 05/31/11 | *Nelson Ropke*<br>Telephone call with court regarding judgment, error in judgment, submission of judgment and order granting summary disposition. | 0.70 |

FEES DUE THIS MATTER.................................................... $ 1,696.00

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|-----------------|--------------|----------------|-----------------|
| Ropke, Nelson O. | 6.40 | 265.00 | 1,696.00 |
| Totals | 6.40 | Hrs. | $ 1,696.00 |

# MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1120410**
when remitting payment.

Comerica, Inc.
Jim Caputo
Comerica Special Assets
P.O. Box 75000
Detroit, MI 48275-3205

July 5, 2011

For professional services rendered through
June 30, 2011 in connection with the following—

**Re:** **Ronald J. Berman**
Client/Matter #022754/01986
Billing Attorney: Michael B Peterman

FEES BILLED THIS INVOICE.......................................................... $ 450.50

COSTS BILLED THIS INVOICE....................................................... $ 0.00

**PAYMENT OPTIONS:**

**CHECK**   Payable To: Miller, Canfield, Paddock and Stone
P. O. Drawer 640348  Detroit, MI 48264-0348

**WIRE TRANSFER**   Comerica Bank  ABA#: 072000096
Swift Code: MNBDUS33 (for international wires only)
Account #: 1840-09284-3

### MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

A Professional Limited Liability Company
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 963-6420
Taxpayer I.D. No. 38-0836500

*Attorney-Client/Attorney Work Product Privileged*

Please reference **Invoice #1120410**
when remitting payment.

Comerica, Inc.
Jim Caputo
Comerica Special Assets                                                      July 5, 2011
P.O. Box 75000
Detroit, MI 48275-3205

For professional services rendered through
June 30, 2011 in connection with the following—

**Re:**   **Ronald J. Berman**
        Client/Matter #022754/01986
        Billing Attorney:   Michael B Peterman

## FEES

| Date | Timekeeper/Description | Hours |
|------|----------------------|-------|
| 06/01/11 | *Nelson Ropke*<br>Telephone call with court regarding judgment. Attention to drafting and revising same and submit to court for entry. Telephone call with Ms. Vogel regarding debt figures. E-mails and telephone call with Ms. Mahu regarding original signature on stock pledge and procedure to sell shares. | 1.30 |
| 06/02/11 | *Nelson Ropke*<br>Telephone call with Ms. Mahu regarding certified order approving sale of stock and stock pledge. | 0.40 |

July 5, 2011                                               **Invoice # 1120410**

FEES DUE THIS MATTER.................................................... $ 450.50

## INVOICE TIMEKEEPER SUMMARY

| Timekeeper Name | Billed Hours | Preferred Rate | Preferred Value |
|---|---|---|---|
| Ropke, Nelson O. | 1.70 | 265.00 | 450.50 |
| Totals | 1.70 | Hrs. | $ 450.50 |